IRELL & MANELLA LLP
Layn R. Phillips (103854)
Andra Barmash Greene (123931)
Julie Davis (232488)
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Ross H. Hyslop (149358)
McKenna Long & Aldridge LLP
750 B Street, Suite 3300
San Diego, California 92101-8105
Telephone: (619) 595-5461
Facsimile: (619) 595-5450

Attorneys for Defendant Taco Bell Corp.

FILED
2008 AUG 29 PM 4:09
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA PUCHALSKI and RAJEEV CHHIBBER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TACO BELL CORP., a California Corporation, and DOES 1-20, inclusive,<br><br>Defendants. | Case No.<br><br>Judge **'08 CV 1596 L CAB**<br><br>**CERTIFICATE OF SERVICE**<br><br>PROPOSED CLASS ACTION<br><br>On removal from California Superior Court for the County of San Diego<br><br>Case No. GIC 870429 |

- 1 -

MARINA PUCHALSKI, ET AL. V. TACO BELL CORP.

## CERTIFICATE OF SERVICE

I, Ross H. Hyslop, certify that I caused to be served upon the following counsel and parties of record a copy of the following document(s):

- **CIVIL COVER SHEET**
- **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1332 (CLASS ACTION FAIRNESS ACT JURISDICTION)**
- **DECLARATION OF KARA D. MCDONALD IN SUPPORT OF DEFENDANT TACO BELL'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1332 (CLASS ACTION FAIRNESS ACT JURISDICTION)**
- **DECLARATION OF CYNTHIA A. NICHOLS IN SUPPORT OF DEFENDANT TACO BELL'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1332 (CLASS ACTION FAIRNESS ACT JURISDICTION)**
- **DEFENDANT'S NOTICE OF PARTY WITH FINANCIAL INTEREST**

via personal service, overnight mail (VIA UPS), facsimile or first class mail, as indicated below:

| | |
|---|---|
| Charles A. Jones<br>McInerney & Jones<br>18124 Wedge Parkway, #503<br>Reno, NV 89511 | Attorneys for Plaintiff<br>Puchalski |

Via Overnight Mail

| | |
|---|---|
| Matthew Righetti<br>Righetti Law Firm, P.C.<br>456 Montgomery Street, #1400<br>San Francisco, CA 94104 | Attorneys for Plaintiff<br>Puchalski |

Via Overnight Mail

| | |
|---|---|
| Edward J. Wynne<br>J.E.B. Pickett<br>Wynne Law Firm<br>100 Drakes Landing Road, #275<br>Greenbrae, CA 94904 | Attorneys for Plaintiff<br>Chhibber |

Via Overnight Mail

| | |
|---|---|
| Peter F. Klett, III<br>Stewart, Estes & Donnell, PLC<br>424 Church Street, #1401<br>Nashville, TX 37219-2392 | Attorneys for Plaintiff<br>Chhibber |

Via Overnight Mail

| | | |
|---|---|---|
| 1 | Layn R. Phillips | Attorneys for Defendant |
| 2 | Andra Barmash Greene<br>Aaron H. Cole | Taco Bell Corp. |
| 3 | Irell & Manella LLP<br>840 Newport Center Drive, Suite 400 | |
| 4 | Newport Beach, CA 92660-6324 | |

Via Overnight Mail

Executed on **August 29, 2008,** in San Diego, California.

_____
Ross H. Hyslop

- 3 -