```
 1  IRELL & MANELLA LLP
    Layn R. Phillips (103854)
 2  Andra Barmash Greene (123931)
    Julie Davis (232488)
 3  840 Newport Center Drive, Suite 400
    Newport Beach, California 92660-6324
 4  Telephone: (949) 760-0991
    Facsimile:  (949) 760-5200
 5
    Ross H. Hyslop (149358)
 6  McKenna Long & Aldridge LLP
    750 B Street, Suite 3300
 7  San Diego, California 92101-8105
    Telephone: (619) 595-5461
 8  Facsimile:  (619) 595-5450
 9  Attorneys for Defendant Taco Bell Corp.
```

FILED
2008 AUG 29 PM 4:09
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA PUCHALSKI and RAJEEV CHHIBBER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TACO BELL CORP., a California Corporation, and DOES 1-20, inclusive,<br><br>Defendants. | Case No. '08 CV 1596 L CAB<br>Judge<br><br>FILED BY PDF VIA FAX<br><br>**DEFENDANT'S NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>[Fed.R.Civ.Proc. 7.1; Local Rule 40.2]<br><br>PROPOSED CLASS ACTION<br><br>On removal from California Superior Court for the County of San Diego<br><br>Case No. GIC 870429 |

ORIGINAL

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1921658

DEFENDANT'S NOTICE OF PARTY WITH FINANCIAL INTEREST

# DEFENDANT TACO BELL CORP.'S NOTICE OF PARTY WITH FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 40.2, Defendant Taco Bell Corp. makes the following disclosure:

(1) The parent corporation of Taco Bell Corp. is YUM! Brands, Inc.

(2) YUM! Brands, Inc. is a publicly traded corporation and owns more than 10% of Taco Bell Corp.

Dated: August 29, 2008

IRELL & MANELLA LLP

By: /s/ Andra Barmash Greene
Andra Barmash Greene
Attorneys for Taco Bell Corp.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1921658

- 1 -

DEFENDANT'S NOTICE OF PARTY WITH FINANCIAL INTEREST