```
                                                          FILED

  1  IRELL & MANELLA LLP                              2008 AUG 29 PM 4:09
     Layn R. Phillips (103854)
  2  Andra Barmash Greene (123931)                   CLERK US DISTRICT COURT
     840 Newport Center Drive, Suite 400           SOUTHERN DISTRICT OF CALIFORNIA
  3  Newport Beach, California 92660-6324
     Telephone:  (949) 760-0991                    BY_____ DEPUTY
  4  Facsimile:  (949) 760-5200

  5  Ross H. Hyslop (149358)
     McKenna Long & Aldridge LLP
  6  750 B Street, Suite 3300
     San Diego, California 92101-8105
  7  Telephone:  (619) 595-5461
     Facsimile:  (619) 595-5450
  8
     Attorneys for Defendant Taco Bell Corp.
  9

 10

 11                    UNITED STATES DISTRICT COURT

 12                   SOUTHERN DISTRICT OF CALIFORNIA

 13

 14  MARINA PUCHALSKI and RAJEEV         )  Case No.
     CHHIBBER, individually and on behalf of all )
 15  others similarly situated,          )  Judge   '08 CV 1596 L CAB
                                         )
 16              Plaintiffs,             )
                                         )  DECLARATION OF CYNTHIA A.
 17        vs.                           )  NICHOLS IN SUPPORT OF DEFENDANT
                                         )  TACO BELL'S NOTICE OF REMOVAL
 18  TACO BELL CORP., a California       )  OF ACTION UNDER 28 U.S.C. SECTION
     Corporation, and DOES 1-20, inclusive, )  1332 (CLASS ACTION FAIRNESS ACT
 19                                      )  JURISDICTION)
                 Defendants.             )
 20                                      )     FILED BY PDF  VIA FAX
                                         )
 21                                      )  PROPOSED CLASS ACTION
                                         )
 22                                      )  On removal from California Superior
                                         )  Court for the County of San Diego
 23                                      )
                                         )  Case No. GIC 870429
 24                                      )
                                         )
 25                                      )
                                         )
 26                                      )
 27

 28
```

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1923321

DECLARATION OF CYNTHIA A. NICHOLS IN SUPPORT OF TACO
BELL'S NOTICE OF REMOVAL

## DECLARATION OF CYNTHIA A. NICHOLS

I, Cynthia A. Nichols, declare as follows:

1. I am the Associate Manager, Litigation, for Taco Bell Corp. Except where otherwise noted, I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. I have been informed that, in the action *Puchalski et al. v. Taco Bell Corp. et al.*, Case No. GIC 870429 (Cal. Super. Ct. filed August 7, 2006), which is pending in the California Superior Court for San Diego County, plaintiffs Marina Puchalski and Rajeev Chhibber filed a First Amended Complaint under which they sought to represent a class consisting of:

> CLASS 1: All persons residing in the State of California as of the time of filing this Complaint who, at any time from August 7, 2002, up until the date of entry of judgment after trial, are or were employed at any of the defendant's corporately owned fast food outlets in California as a salaried Restaurant Manager who claim that they were misclassified, and seek to recover overtime pay;
>
> CLASS 2: All persons residing in the State of California as of the time of filing this Complaint who, at any time from August 7,2002, up until the date of entry of judgment after trial, are or were employed at any of the defendant's corporately owned fast food outlets in California as a salaried Restaurant Manager who claim that they did not receive an uninterrupted, off-duty thirty (30) minute meal period, for each day in which they worked in excess of five (5) hours.

First Amended Complaint ("FAC") at ¶ 1.

3. I have caused records maintained in the ordinary course of business on behalf of Taco Bell ("the Records") to be reviewed.

4. Based on the Records, the number of employees in the class, as defined by the plaintiffs in their FAC, is approximately 398.

1  5. Based on the Records, the employees in the class, as defined by the plaintiffs in
2  their FAC, worked an average of approximately 107 weeks during the applicable four-year period
3  (the "class period").

4  6. Based on the Records, the employees in the class, as defined by the plaintiffs in
5  their FAC, received an average hourly salary of $21.00 at the midpoint of the class period.

7  Executed on August 29, 2008, at Irvine, California.

8  I declare under penalty of perjury under the laws of the United States of America that the
9  foregoing is true and correct.

*/s/ Cynthia A. Nichols*
Cynthia A. Nichols